SAMUEL RABIN, Respondent, v. GEORGE CASSIDY, Appellant.— Action by an attorney to recover fees for professional services rendered on behalf of the defendant's wife. Order of the Appellate Term, affirming a judgment of the City Court of the City of New York, County of Queens, in favor of plaintiff, unanimously

affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ.